# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Joe De La Torre,<br><br>      Plaintiff,<br>v.<br><br>GE Capital Retail Bank,<br><br>      Defendant. | Civil Action No.: 5:14-cv-00260-HLH |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

  Joe De La Torre ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 1, 2014

              Respectfully submitted,

              By:  /s/ Sergei Lemberg

              Sergei Lemberg, *Attorney-in-Charge*
              Connecticut Bar No. 425027
              LEMBERG LAW, L.L.C.
              1100 Summer Street, 3rd Floor
              Stamford, CT 06905
              Telephone: (203) 653-2250
              Facsimile: (203) 653-3424
              E-mail: slemberg@lemberglaw.com
              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                              By   /s/ Sergei Lemberg

                                  Sergei Lemberg